IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 3:13-cr-30236-DRH |
| | ) | |
| MELISSA CHARLTON, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S VERSION OF OFFENSE

Now comes, The United States of America, by Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and through Steven D. Weinhoeft, Assistant United States Attorney, who provides the Court with the Government's Version of Offense as a factual basis to support the Defendant's change of plea.   The Government states as follows:

1.   The defendant worked as a home health personal nurse / assistant where she was assigned to care for an 82-year-old patient named J.S., who resided in O'Fallon, Illinois, in the Southern District of Illinois.

2.   The defendant obtained unauthorized control over certain credit cards and checks belonging to J.S. The defendant knowingly and without authority used J.S.'s credit cards and account numbers to obtain money, goods, or other things of value during a one-year period on or about January 20, 2012 through on or about January 21, 2013.

3.   By using the unauthorized access devices, the defendant obtained things of value totaling $1,000 or more during that period. The total value of the actual and intended loss was greater than $5,000 but not greater than $10,000.

4.   The defendant acted with the intent to defraud, in that she concealed the fact that she had

1

obtained control over the victim's credit cards, account numbers, and personal identifying information in order to cause a gain of money or property to herself or another.

5. The defendant's conduct affected commerce between one state and other states.

6. As unauthorized purchases were detected, replacement credit cards were mailed to J.S. at her home. The defendant took unauthorized possession of replacement credit cards and used J.S.'s social security number and date of birth to activate the replacement credit cards. She also used J.S.'s social security number and date of birth to apply for an additional credit card account without J.S.'s knowledge or consent. The use of J.S.'s personal identifying information occurred during and in relation to the crime of Access Device Fraud.

> Respectfully submitted,
> STEPHEN R. WIGGINTON
> United States Attorney
>
> s/ Steven D. Weinhoeft
>
> STEVEN D. WEINHOEFT
> Assistant United States Attorney
> Nine Executive Drive
> Fairview Heights, Illinois   62208
> (618) 628-3700 telephone
> (618) 628-3720 facsimile
> E-mail:   Steven.Weinhoeft@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>       Plaintiff,                             )<br>                                                            )<br>vs.                                               )<br>                                                            )<br>MELISSA CHARLTON,                 )<br>                                                            )<br>       Defendant.                           ) | CRIMINAL NO. 3:13-cr-30236-DRH |

## CERTIFICATE OF SERVICE

I hereby certify that on **May 29, 2014,** I caused to be filed GOVERNMENT'S VERSION OF OFFENSE with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

*s/ Steven D. Weinhoeft*

STEVEN D. WEINHOEFT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois   62208
(618) 628-3700 telephone
(618) 628-3720 facsimile
E-mail:   Steven.Weinhoeft@usdoj.gov