IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 3:13-cr-30236-DRH |
| ) | |
| MELISSA CHARLTON, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Plaintiff and Defendant hereby agree and stipulate as follows:

1. The defendant worked as a home health personal nurse / assistant where she was assigned to care for an 82-year-old patient named J.S., who resided in O'Fallon, Illinois, in the Southern District of Illinois.

2. The defendant obtained unauthorized control over certain credit cards and checks belonging to J.S. The defendant knowingly and without authority used J.S.'s credit cards and account numbers to obtain money, goods, or other things of value during a one-year period on or about January 20, 2012 through on or about January 21, 2013.

3. By using the unauthorized access devices, the defendant obtained things of value totaling $1,000 or more during that period.

4. The defendant acted with the intent to defraud, in that she concealed the fact that she had obtained control over the victim's credit cards, account numbers, and personal identifying information in order to cause a gain of money or property to herself or another.

5. The defendant's conduct affected commerce between one state and other states.

1

6. As unauthorized purchases were detected, replacement credit cards were mailed to J.S. at her home. The defendant took unauthorized possession of replacement credit cards and used J.S.'s social security number and date of birth to activate the replacement credit cards. She also used J.S.'s social security number and date of birth to apply for an additional credit card account without J.S.'s knowledge or consent. The use of J.S.'s personal identifying information occurred during and in relation to the crime of Access Device Fraud.

|  |  |
|---|---|
| *[signature]* | STEPHEN R. WIGGINTON<br>United States Attorney |
| MELISSA CHARLTON<br>Defendant | *[signature]*<br>STEVEN D. WEINHOEFT<br>Special Assistant United States Attorney |
| *[signature]*<br>DANIEL CRONIN<br>Attorney for Defendant |  |
| Date: 05-29-14 | Date: 5-29-14 |

2